# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| IN RE: **DONALD C. KUPPERSTEIN** | ) ) ) ) ) ) ) ) ) | MISC. BUSINESS DOCKET<br>No.: 11-mc-91286-PBS |

## JUDGMENT OF REINSTATEMENT

1. On October 6, 2011, the Supreme Judicial Court (SJC) for the Commonwealth of Massachusetts caused to be filed with this Court a certified copy of an Order of Term Suspension effective 30 days after the date of the entry of the Order;

2. Pursuant to subsection (2)(B) of Local Rule 83.6, an Order of Immediate Temporary Suspension was issued by this Court by Chief Judge Wolf on January 4, 2012;

3. On December 18, 2012, the Supreme Judicial Court for the Commonwealth of Massachusetts issued a Judgment of Reinstatement.

WHEREFORE, pursuant to subjection (7)(A) of Local Rule 83.6, **DONALD C. KUPPERSTEIN** is hereby reinstated as a member of the bar of the United States District Court for the District of Massachusetts.

_1/7/2013_  
Date

_Patti B. Saris_  
Patti B. Saris, Chief Judge